

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Watts Premier, Inc., Watts Regulator Co., and Watts Water Technologies, Inc., | § | No. 08-16-00232-CV |
| | § | Appeal from the |
| Appellants, | § | County Court at Law No. 3 |
| v. | § | of El Paso County, Texas |
| Texas Farmers Insurance Company as Subrogee of Francisco Mercado, | § | (TC# 2016DCV0690) |
| Appellee. | § | |
| | § | |

**O R D E R**

Pending before the Court is the Second Joint Motion to Continue Abatement. The motion is GRANTED. We therefore extend the abatement until June 24, 2017. The parties shall file their motion to dismiss the appeal or their motion for continuation of abatement on or before June 24, 2017.

IT IS SO ORDERED this 25th day of April, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.